IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02207-RPM

AURORA BANK FSB,

    Plaintiff,

v.

AMERICAHOMEKEY, INC.,

    Defendants.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

    Upon review of Plaintiff's Response to Order to Show Cause [10] filed February 8, 2013, it is

    ORDERED that the Order to Show Cause entered by this Court on January 30, 2013, is discharged.

    DATED:   February 12th, 2013

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge