**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Richard P. Matsch, Senior District Judge

Civil Action No.: 12-CV-02207-RPM-CBS

AURORA BANK FSB, a Federal Savings Bank,

    Plaintiff,

v.

AMERICA HOMEKEY, INC., a Texas Corporation,

    Defendant.
_____

**ORDER FOR ENTRY OF DEFAULT JUDGMENT**
_____

    Upon consideration of the Recommendation of United States Magistrate Judge, entered August 1, 2013 by Magistrate Judge Craig B. Shaffer and no objection being filed, the Court adopts and incorporates by this reference the findings of fact and conclusions of law contained in the recommendation and upon that basis, it is

    ORDERED that default judgment is entered in favor of the plaintiff Aurora Bank FSB and against defendant America Homekey, Inc. In the amount of $793,927.00 plus $4,502.54 for prejudgment interest at 9% per annum (July 30, 2013 to August 22, 2013 (23 days) ) for a total judgment amount of $798,429.54, plus costs upon the filing of a bill of cost.

    DATED: August 22nd, 2013.

                                                  BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge