# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-CV-02207-RPM-CBS

AURORA BANK FSB, a Federal Savings Bank,

    Plaintiff,

v.

AMERICAHOMEKEY, INC., a Texas Corporation,

    Defendant.

_____

## JUDGMENT
_____

    Pursuant to the Order for Entry of Default Judgment, entered by Senior District Judge Richard P. Matsch, on August 22 , 2013, it is

    ORDERED that default judgment is entered in favor of the plaintiff Aurora Bank FSB and against defendant America Homekey, Inc. In the amount of $793,927.00 plus $4,502.54 for prejudgment interest at 9% per annum (July 30, 2013 to August 22, 2013 (23 days) ) for a total judgment amount of $798,429.54.  It is

    FURTHER ORDERED that  Post-judgment interest shall accrue at a legal rate of 0.12 % from the date of entry of this judgment.  It is

    FURTHER ORDERED that plaintiff Aurora Bank FSB shall have its costs by the filing of a bill of costs within 14 days of entry of judgment.

    Dated: August 22nd , 2013

                                                  FOR THE COURT:
                                                  Jeffrey P. Colwell, Clerk

                                                          s/J. Chris Smith
                                                By _____
                                                        Deputy Clerk